**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, | No. 22-15547 |
| Plaintiff-Appellant, | D.C. No. 3:16-cv-07414-LB |
| v. | MEMORANDUM* |
| ALAMEDA HEALTH SYSTEM; DEPARTMENT OF INDUSTRIAL RELATIONS, Division of Labor Standards Enforcement; CATHERINE DALY; JOAN HEALY; BOBBIT SANTOS; ERIC ROOD, | |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Laurel D. Beeler, Magistrate Judge, Presiding**

Submitted March 14, 2023***

Before:    SILVERMAN, SUNG, and SANCHEZ, Circuit Judges.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c).

\*\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Tatyana Evgenievna Drevaleva appeals pro se from the district court's post-judgment orders denying her motions for relief from judgment in her employment action.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Garamendi v. Henin*, 683 F.3d 1069, 1077 (9th Cir. 2012) (Fed. R. Civ. P. 60(a)); *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993) (Fed. R. Civ. P. 60(b)); *United States v. Sierra Pac. Indus., Inc.*, 862 F.3d 1157, 1166 (9th Cir. 2017) (Fed. R. Civ. P. 60(d)(3)).  We affirm.

The district court did not abuse its discretion in denying Drevaleva's post-judgment motions because Drevaleva failed to demonstrate any basis for relief.  *See Sch. Dist. No. 1J,* 5 F.3d at 1262-63 (grounds for relief under Rule 60(b)); *see also Sierra Pac.*, 862 F.3d at 1167-68 (grounds for relief under Rule 60(d)(3)); *Garamendi*, 683 F.3d at 1077-80 (9th Cir. 2012) (factors warranting relief under Rule 60(a)).

All pending motions are denied as moot.

**AFFIRMED.**